UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

THOMAS HOLT

VERSUS

CIVIL ACTION NO. 11-cv-00721

MILTON ALEXANDER, et al.

JUDGE JAMES T. TRIMBLE, JR.
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 37) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 21st day of December, 2011.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE